```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  EDWARD M. HICKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | )  NO. CR-S-08-0135 LKK |
|---|---|
| Plaintiff, | ) |
|  | )  STIPULATION AND ORDER CONTINUING |
| v. | )  STATUS CONFERENCE |
|  | ) |
| EDWARD M. HICKS, | )  Date:  June 10, 2008 |
|  | )  Time:  9:30 a.m. |
| Defendant. | )  Judge: Hon. Lawrence K. Karlton |
|  | ) |

It is hereby stipulated between the parties, Ellen V. Endrizzi, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant EDWARD M. HICKS, that the Status Conference hearing date of May 6, 2008, is vacated and a new Status Conference hearing date of June 10, 2008, at 9:30 a.m. is hereby set.

This continuance is requested because defense counsel needs additional time to obtain information regarding the defendant's mental health history and to determine whether a mental health evaluation is necessary.

1    It is further stipulated that the period from May 6, 2008, through
2 and including June 10, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:  May 2, 2008                    Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender
7

8
                                         /s/ Mary M. French
9                                        MARY M. FRENCH
                                         Supervising Assistant
10                                       Federal Defender
                                         Attorney for Defendant
11                                       EDWARD M. HICKS

12 Dated:  May 2, 2008                   MCGREGOR W. SCOTT
                                         United States Attorney
13

14                                       /s/  Mary M. French for
                                              Ellen V. Endrizzi
15                                       _____
                                         ELLEN V. ENDRIZZI
16                                       Assistant U.S. Attorney
                                         per telephonic authorization
17

18

19 IT IS SO ORDERED.

20 Dated: May 5, 2008

21                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
22                                       UNITED STATES DISTRICT COURT

23

24

25

26

27

28

Stipulation and Order                    -2-