```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-135 LKK |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| EDWARD M. HICKS, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Edward M. Hicks, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Maxell compact discs and other seized compact discs containing depictions of minors engaged in sexually explicit conduct;

    b. A white, home-built, mid-tower computer in an ATX case, with no serial number inscribed on the case; and

    c. Three hard disk drives located inside the computer and more particularly described as:

1

1                one Seagate hard drive, 40 gigabyte, serial number 126659-S092902, one Maxtor hard drive, 30 gigabyte, serial number F18MGXBE, and one Maxtor hard drive, 120 gigabyte, serial number L391ROCG.

2. The above-listed property includes visual depictions of minors engaged in sexually explicit conduct and constitutes property used to facilitate a violation of 18 U.S.C. § 2252(a)(4)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Record Searchlight</u> (Shasta County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Department of Homeland Security, Customs and Border Protection's (or a designee's) intent to dispose of the property in such manner as the Attorney General and/or Secretary of Treasury may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

    b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the

1 petitioner's right, title or interest in the property and any
2 additional facts supporting the petitioner's claim and the relief
3 sought.
4     c.  The United States may also, to the extent practicable,
5 provide direct written notice to any person known to have alleged an
6 interest in the property that is the subject of the Order of
7 Forfeiture, as a substitute for published notice as to those persons
8 so notified.
9     5.  If a petition is timely filed, upon adjudication of all
10 third-party interests, if any, this Court will enter a Final Order
11 of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests
12 will be addressed.
13     SO ORDERED this 23rd day of July, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT