LAWRENCE G. BROWN
Acting United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | 2:08-cr-135 LKK |
| Plaintiff,        ) | FINAL ORDER OF FORFEITURE |
| v.        ) | |
| EDWARD M. HICKS,        ) | |
| Defendant.        ) | |

   WHEREAS, on July 24, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Edward M. Hicks forfeiting to the United States the following property:

   a.   Maxell compact discs and other seized compact discs containing depictions of minors engaged in sexually explicit conduct;

   b.   A white, home-built, mid-tower computer in an ATX case, with no serial number inscribed on the case; and

   c.   Three hard disk drives located inside the computer and more particularly described as: one Seagate hard drive, 40 gigabyte, serial number 126659-S092902, one Maxtor hard drive, 30 gigabyte, serial number F18MGXBE, and one

                Maxtor hard drive, 120 gigabyte, serial number L391ROCG.

AND WHEREAS, on September 12, 19 and 26, 2008, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Record Searchlight</u> (Shasta County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Edward M. Hicks.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of February 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT